434 F.2d 1040
 Gene BALL, Plaintiff-Appellant,
v.
BOARD OF TRUSTEES OF KERRVILLE INDEPENDENT SCHOOL DISTRICT
et al., Defendants-Appellees.
 No. 30063.
 United States Court of Appeals, Fifth Circuit.
 Dec. 17, 1970.
 
 Appeal from the United States District Court for the Western District of Texas at San Antonio; Adrian A. Spears, Judge.
 Joe Mike Egan, Jr., Kerrville, Tex., for appellant.
 Lavern D. Harris, Kerrville, Tex., for appellees.
 Before JONES, GEWIN and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 The appellant, Gene Ball, has not demonstrated that he has any Federally protected right which has been violated. The judgment of the district court is
 
 
 2
 Affirmed.